# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,                         Case No. 3:18CR387

       Plaintiff,

    v.                                   **JUDGMENT ENTRY**

Richard Rowold, et al.

       Defendants.

In accordance with the Order filed contemporaneously with this Judgment Entry, it is hereby ORDERED THAT defendants' motions to dismiss (Docs. 39, 40) be, and the same is hereby, dismissed with prejudice

       So ordered.

                                                         /s/ James G. Carr
                                                         Sr. U.S. District Judge

.